# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE L. HANTZ,<br>f/k/a NICOLE OLDHAM,<br><br>    Plaintiff,<br><br>v.<br><br>DIVISION OF STATE POLICE,<br>DEPARTMENT OF SAFETY &<br>HOMELAND SECURITY,<br>STATE OF DELAWARE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)    C.A. No. 21-801-RGA<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Deputy Attorney General Kenneth L. Wan hereby withdraws his appearance as attorney for Defendant Division of State of Police, Department of Safety & Homeland Security, State of Delaware in the above-captioned matter and that Deputy Attorney General Victoria R. Sweeney enters her appearance on behalf of Defendant Division of State of Police, Department of Safety & Homeland Security, State of Delaware.

| | |
|---|---|
| **STATE OF DELAWARE**<br>**DEPARTMENT OF JUSTICE**<br><br>/s/ *Kenneth L. Wan*<br>Kenneth L. Wan, ID #5667<br>Deputy Attorney General<br>Carvel State Office Building<br>820 North French Street, 6th Fl.<br>Wilmington, Delaware 19801<br>(302) 577-8400 | **STATE OF DELAWARE**<br>**DEPARTMENT OF JUSTICE**<br><br>/s/ *Victoria R. Sweeney*<br>Victoria R. Sweeney, ID #6586<br>Deputy Attorney General<br>Carvel State Office Building<br>820 North French Street, 6th Fl.<br>Wilmington, Delaware 19801<br>(302) 577-8400 |

DATED: May 13, 2022

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on May 13, 2022, she caused a true and correct copy of the attached *Substitution of Counsel* to be filed with the Clerk of Court using CM/ECF.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*/s/ Victoria R. Sweeney*
Victoria R. Sweeney (#6586)