

| | **DEPARTMENT OF JUSTICE** | |
|---|---|---|
| | NEW CASTLE COUNTY | |
| **KATHLEEN JENNINGS** | 820 NORTH FRENCH STREET | CIVIL DIVISION (302) 577-8400 |
| ATTORNEY GENERAL | WILMINGTON, DELAWARE 19801 | FAX: (302) 577-6630 |

November 8, 2023

**VIA ECF and Hand-Delivery**
The Honorable Richard G. Andrews
United States District Court for the District of Delaware
844 North King Street, Unit 9
Wilmington, DE 19801

   RE: *Nicole L. Hantz f/k/a Nicole L. Oldham v. DSP*
      C.A. No. 21-801-RGA

Dear Judge Andrews:

  I represent Defendant in the above-mentioned matter and submit this letter regarding Defendant's Opening Brief in Support of its Motion for Summary Judgment ("Opening Brief") and accompanying Appendix which were filed under seal on November 1, 2023 (D.I 52–53), in accordance with the governing Protective Order. *See* D.I. 26 ¶ 12.

  The Opening Brief and appendix were filed under seal out of abundance of caution, however, after reviewing the Opening Brief, undersigned counsel does not believe that any redactions are necessary, and therefore, is refiling a public version of the Opening Brief identical to the sealed filing.  Pursuant to the Protective Order, the accompanying Appendix (D.I. 53) will remain under seal and undersigned counsel will not file public versions of the appendix unless otherwise ordered by the Court. *See* D.I. 26 ¶ 13.

  I thank Your Honor for your consideration and am available to discuss at the Court's convenience.

                  Respectfully submitted,

                  /s/ *Victoria R. Sweeney*
                  Victoria R. Sweeney
                  Deputy Attorney General

cc:  John M. LaRosa, via ECF