IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE OLDHAM, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 21-801-RGA |
| DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY & HOMELAND SECURITY, STATE OF DELAWARE, | : |
| Defendant. | : |

## JUDGMENT

For reasons set forth in the Court's Memorandum Opinion and Order dated May 17, 2024 (D.I. 79; D.I. 80);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant and against Plaintiff.

_____
United States District Judge

Dated: 5/17/2024

_____
(By) Deputy Clerk